CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 20 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY C. REID,<br>Petitioner, | Civil Action No. 7:06cv00017 |
| v. | **MEMORANDUM OPINION** |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Samuel G. Wilson<br>United States District Judge |

This matter is before the court on the motion of petitioner, Anthony C. Reid. Reid has styled his motion a "Motion for Relief from Judgment Pursuant to F.R.Civ.P. Rule 60(b)(5) or (6)," and he claims to be seeking Rule 60(b) review of the court's denial of his 1999 28 U.S.C. § 2255 motion; however, his motion is actually a direct attack on his conviction, which the court must construe as a motion pursuant to 28 U.S.C. § 2255. U.S. v. Winestock, 340 F.3d 200, 207 (4th Cir. 2003). Because Reid has already filed one § 2255 motion, his current motion is successive, and the court may only review it if the Fourth Circuit has authorized Reid to file a successive § 2255 motion. 28 U.S.C. § 2255. Reid does not allege that the Fourth Circuit has authorized him to file a successive motion. Accordingly, the court lacks jurisdiction to review Reid's motion and, therefore, dismisses it.

ENTER: This 20th day of January, 2006.

/s/
United States District Judge